**FILED**

JUN 0 5 2017

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE $90,000 IN UNITED STATES CURRENCY PROVIDED BY ROBERT LINN, JR. TO AMERICAN BAIL BONDS LOCATED IN BILLINGS, MONTANA | MJ 17-37-GF-JTJ<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Seizure Warrant and Seizure Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 5th day of June 2017.

HON. JOHN T. JOHNSTON
U.S. Magistrate Judge